IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr547-MHT-KFP |
| | ) | (WO) |
| JOSE LUIS TORRES-MENDEZ | ) | |

## <u>AMENDED ORDER</u>

<u>COUNSEL ARE DIRECTED TO PAY PARTICULAR ATTENTION TO PARAGRAPHS 3 AND 4 IN THIS ORDER.  FAILURE TO COMPLY WITH THESE TWO PARAGRAPHS MAY SUBJECT COUNSEL TO SANCTIONS.</u>

Now pending before the court is defendant's motion to set expedited and consolidated consent plea and sentencing date (Doc. 5) and defendant's unopposed motion to impose sentence without a presentence investigative report (Doc. 7) filed on September 26, 2025. Upon consideration of the motions, and for good cause, it is

ORDERED that the unopposed motion to impose sentence without a presentence investigative report (Doc. 7) is granted.

It is further ORDERED that the motion to set expedited and consolidated consent plea and sentencing date (Doc. 5) is granted to the following extent:

1.     The United States Magistrate Judge shall hold the consent plea hearing, which has been set by separate order (Doc. 13), on October 6, 2025, with sentencing to follow on the same day.

2.     Sentencing of the defendant is hereby set on **October 6, 2025, at 2:00 p.m.**, Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3.     The government and the defendant shall each file a memorandum setting forth (a) the sentence the defendant should receive and (b) why that sentence is appropriate based on the facts and the law no later than noon on **October 3, 2025**.

4.     The following motions must be filed no later than noon on **October 3, 2025**, if the bases for the motions are known at that time: a motion for reduction of sentence based on the defendant's cooperation; a motion for reduction of sentence based on defendant's acceptance of responsibility; a motion for departure; and a motion for variance (downward or upward) from the guideline sentence.

Nothing contained in this order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE, this 30th day of September 2025.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE